```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DONALD RAYSHAWN ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-010 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER VACATING HEARING DATE AND SETTING NEW MOTION SCHEDULE |
| DONALD RAYSHAWN ANDERSON, ) | |
| Defendant. ) | Date: May 16, 2005 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between the United States of America through William Wong, Assistant United States Attorney, and defendant, Donald Rayshawn Anderson, by and through his counsel, Jeffrey L. Staniels, Assistant Federal Defender, that the motion hearing date, presently scheduled for May 16, 2005, be vacated and continued to June 13, 2005 at 9:30 a.m.

The parties further agree to the following revised briefing schedule

Defendant's Motion to be filed not later than **May 9, 2005**

|   |   |   |
|---|---|---|
| 1 | Government's Opposition to be filed not later than | **May 30, 2005** |
| 2 | Defendant's Reply Memorandum to be filed not later than | **June 6, 2005** |
| 3 | Non-evidentiary Hearing/ Evidentiary Hearing Setting | **June 13, 2005** |

**IT IS FURTHER STIPULATED** that the court continue to exclude time through June 13, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(A) & (B)(iv), Local Code T4, as well as pursuant to 18 U.S.C. §§ 3161 (h)(1)(F), Local Code E, upon the filing of defendant's motion.

The court is advised that counsel have conferred regarding this stipulation and that Mr. Wong has authorized Mr. Staniels to sign on his behalf.

**IT IS SO STIPULATED.**

Dated: May 4, 2005          /S/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            DONALD RAYSHAWN ANDERSON

Dated:  May 4, 2005         /S/ William S. Wong by jls per auth
                            WILLIAM WONG
                            Assistant U.S. Attorney
                            Counsel for Plaintiff
                            per telephonic authority

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 4, 2005          /s/ Frank C. Damarell Jr.
                            Hon. FRANK C. DAMRELL JR.
                            United States District Judge

Stip & Order re: Motion Schedule          2