McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. S-04-0010 FCD |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) VACATING HEARING DATE AND |
| | ) SETTING NEW MOTION SCHEDULE |
| DONALD RAYSHAWN ANDERSON, | ) |
| | ) DATE: June 13, 2005 |
| Defendant. | ) TIME: 9:30 a.m. |
| _____ | ) CTRM: Hon. Frank C. Damrell, Jr. |

   The United States of America, through its counsel of record, William S. Wong, Assistant United States Attorney, and defendant, Donald Rayshawn Anderson, through his counsel of record, Jeffrey L. Staniels, Assistant Federal Defender, hereby stipulate and agree that the hearing date on the motion to suppress evidence presently scheduled for June 13, 2005, at 9:30 a.m., be vacated and continued to June 27, 2005, at 9:30 a.m.

   The parties further stipulate to the following revised briefing schedule:

   Government's opposition to be filed no later than June 17, 2005;

   Defendant's reply, if any, by June 23, 2005;

1

1     Non-evidentiary hearing on the matter, June 27, 2005, at 9:30 a.m.

3     It is further stipulated that the Court continue to exclude time through June 27, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T4, as well as pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E, in light of the pending motion.

DATED: June 9, 2005                     Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                   By:/s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: June 9, 2005

                                        /s/ Jeffrey L. Staniels
                                        Telephonically authorized to sign for JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant

_____

**ORDER**

**IT IS SO ORDERED.**

DATED: June 10, 2005

                                        /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE