```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DONALD RAYSHAWN ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-04-010-FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| DONALD RAYSHAWN ANDERSON, ) | |
| ) | Date:  November 28, 2005 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Frank C. Damrell |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through William Wong, Assistant United States Attorney, and defendant, Donald Rayshawn Anderson, by and through his counsel, Jeffrey L. Staniels, Assistant Federal Defender, that the status conference, presently scheduled for November 14, 2005, be vacated and continued to Monday, November 28, 2005 at 9:30 a.m.

The parties agree that the Court should continue to exclude time under Local Code T4 due to the unavailability of counsel and completion of investigation regarding suppression issue.

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for November 28, 2005
3 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) for reasonable time to
4 prepare and Local Code T4.
5 Dated: November 10, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
DONALD RAYSHAWN ANDERSON

Dated: November 14, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY L. STANIELS for
WILLIAM WONG
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: November 14, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge