```
DANIEL J. BRODERICK, #89424
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
RACHELLE D. BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DONALD RAYSHAWN ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DONALD RAYSHAWN ANDERSON,<br><br>   Defendant. | No. 2:04-cr-010 FCD<br><br>STIPULATION AND ORDER VACATING DATES, SETTING MOTION BRIEFING SCHEDULE AND TRIAL DATE<br><br>Date:  March 13, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, William S. Wong, Counsel for Plaintiff, and Assistant Federal Defenders Jeffrey L. Staniels and Rachelle D. Barbour, Counsel for Donald Rayshawn Anderson that the trial confirmation hearing set for March 13, 2006, and the jury trial now set for April 4, 2006, be vacated and the following schedule be established:

| | |
|---|---|
| Defendant's Motion to Suppress Statement to be filed by | **March 27, 2006** |
| Government's Response to be filed not later than | **April 17, 2006** |
| Defendant's Optional Reply to be filed not later than | **April 24, 2006** |
| Motion hearing on the court's regular criminal calendar | **May 1, 2006** |
| Trial Confirmation Hearing | **May 22, 2006** |
| Jury Trial | **June 13, 2006** |

1   It is anticipated that the government will oppose the motion and
2 that an evidentiary hearing will be required.  One-half day is thought
3 to be adequate time to hear the motion.
4   This schedule is established at the request of the defense to
5 permit completion of trial preparation including ensuring that
6 anticipated witnesses have been subpoenaed for trial and to permit
7 consideration of the scheduled motion.
8   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
9 Trial Act be excluded until June 13, 2006, pursuant to 18 U.S.C. §
10 3161(h)(8)(A) & (B)(iv), Local Code T-4, and pursuant to 18 U.S.C.
11 3161(h)(1)(F), Local Code E, upon the filing of Defendant's motion.
12 Mr. Wong has consented to have Mr. Staniels sign this stipulation on
13 his behalf

Dated:   March 10, 2006          /S/ William S. Wong
                                 William S. Wong
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Dated:   March 10, 2006          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DONALD RAYSHAWN ANDERSON


                              **O R D E R**

   **IT IS SO ORDERED.**

                         By the Court,


Dated:   March 13, 2006          /s/ Frank C. Damrell Jr.
                                 Hon. Frank C. Damrell JR.
                                 United States District Judge


Stipulation and Order
Vacating & Resetting Dates      -2-