```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR. S-04-010 FCD
                                 )
12                   Plaintiff,  )  "AS MODIFIED"
                                 ) STIPULATION AND ORDER
13        v.                     ) VACATING HEARING DATE AND
                                 ) SETTING NEW MOTION SCHEDULE
14  DONALD RAYSHAWN ANDERSON,    )
                                 ) DATE: May 1, 2006
15                   Defendant.  ) TIME: 9:30 a.m.
                                 ) CTRM: Hon. Frank C. Damrell, Jr.
16  _____)
```

17      The United States of America, through its counsel of record,
18  William S. Wong, Assistant United States Attorney, and defendant,
19  Donald Rayshawn Anderson, through his counsel of record, Jeffrey L.
20  Staniels, Assistant Federal Defender, hereby stipulate and agree
21  that the hearing date on the motion to suppress evidence presently
22  scheduled for May 1, 2006, at 9:30 a.m., be vacated and continued to
23  June 19, 2006, at 9:30 a.m.
24      The parties further stipulate to the following revised briefing
25  schedule:
26      Government's opposition to be filed no later than May 30,
27      2006;
28      Defendant's reply, if any, by June 12, 2006;

1

1  Non-evidentiary hearing on the matter, June 19, 2006, at 9:30 a.m.

2

3  It is further stipulated that the Court continue the Trial
4  Confirmation Hearing from May 22, 2006 to July 17, 2006 at 9:30
5  a.m., and the Jury Trial from June 13, 2006 to August 1, 2006, at
6  9:00 a.m.

7  It is further stipulated that the Court continue to exclude
8  time through August 1, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A)
9  and (B)(iv) and Local Code T4, as well as pursuant to 18 U.S.C.
10  § 3161(h)(1)(F) and Local Code E, in light of the pending motion.

11  DATED: April 28, 2006                Respectfully submitted,

12                                       McGREGOR W. SCOTT
                                         United States Attorney
13

14                                       By: /s/ William S. Wong
                                             WILLIAM S. WONG
15                                           Assistant U.S. Attorney

16
    DATED: April 28, 2006                /s/ Jeffrey L. Staniels
17                                       Telephonically authorized to
                                         sign for JEFFREY L. STANIELS
18                                       Assistant Federal Defender
                                         Attorney for Defendant
19

20  _____

21                              **ORDER**
       **IT IS SO ORDERED.**
22

23  DATED: April 28, 2006
                                         /s/ Frank C. Damrlel Jr.
24                                       HON. FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
25

26

27

28

2