DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
RACHELLE BARBOUR, Bar # 185395
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD RAYSHAWN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-cr-010 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) HEARING DATES |
| | ) |
| DONALD RAYSHAWN ANDERSON, | ) |
| | ) Date: July 12, 2006 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Frank C. Damrell |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the United States of America through William Wong, Assistant United States Attorney, and defendant, Donald Rayshawn Anderson, by and through his counsel, Jeffrey L. Staniels and Rachelle Barbour, Assistant Federal Defenders, that the trial confirmation hearing, presently scheduled for July 17, 2006, and the trial date, presently scheduled for August 1, 2006, be vacated.

The court is advised that the parties reached an oral agreement to resolve the case just before Mr. Wong left the district on a pre-planned and pre-announced vacation.  That agreement has not been

reduced to writing nor signed by the defendant or by counsel.  A hearing on defendant's motion to suppress is presently scheduled for July 28, 2006.  Defense counsel understands that Mr. Wong is due back in his office on July 24, 2006.  It is the intention of the parties to finalize the oral understanding early in the week and convert the July 28, 2006, hearing to a status conference, either on the 28th, or, if the court prefers, on the court's next available criminal calendar.  In the meantime and pending execution of a plea agreement, the parties request that the hearing date for the motion to suppress remain on calendar as previously scheduled.

The court is further advised that counsel have conferred regarding this stipulation and that Mr. Wong has authorized Mr. Staniels to sign on his behalf.

**IT IS SO STIPULATED.**

Dated:  July 12, 2006                    /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         DONALD RAYSHAWN ANDERSON


Dated:  July 12, 2006                    /S/ William S. Wong by jls per auth
                                         WILLIAM WONG
                                         Assistant U.S. Attorney
                                         Counsel for Plaintiff
                                         per telephonic authority

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 12, 2006

                                         /s/ Frank C. Damrell Jr.
                                         **Hon. FRANK C. DAMRELL**
                                         **United States District Judge**

Stip & Order to Vacate TCH and JT         2