```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
RACHELLE BARBOUR, Bar # 185395
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD RAYSHAWN ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-010 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER VACATING DATE AND CONTINUING DATE FOR SENTENCING |
| DONALD RAYSHAWN ANDERSON, ) | |
| Defendant. ) | Date: October 10, 2006 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell Jr. |

**IT IS HEREBY STIPULATED** by and between the United States of America through William Wong, Assistant United States Attorney, and defendant, Donald Rayshawn Anderson, by and through his counsel, Jeffrey L. Staniels and Rachelle Barbour, Assistant Federal Defenders, that the trial confirmation hearing, presently scheduled for October 10, 2006, be vacated, and that the matter be re-calendared for status of judgment and sentencing on October 30, 2006 at 9:30 a.m.

The court is advised that the defense needs additional time to research objections to the presentence report in light of the plea agreement reached between the parties. The court is advised that the issues involved do not appear to be informally resolvable without being

1 presented to the court

2     The court is further advised that counsel have conferred regarding
3 this stipulation and that Mr. Wong has authorized Mr. Staniels to sign
4 on his behalf.

5     **IT IS SO STIPULATED.**

6 Dated: October 6, 2006    /S/ Jeffrey L. Staniels
    JEFFREY L. STANIELS
7     Assistant Federal Defender
    Attorney for Defendant
8     DONALD RAYSHAWN ANDERSON

9

10 Dated: October 11, 2006    /S/ William S. Wong by jls per auth
11     WILLIAM WONG
    Assistant U.S. Attorney
12     Counsel for Plaintiff
    per telephonic authority

13

14

15         **O R D E R**

16     **IT IS SO ORDERED.**

17

18

19
Dated: October 11, 2006    /s/ Frank C. Damrell Jr.
20     Hon. FRANK C. DAMRELL JR.
    United States District Judge

21

22

23

24

25

26

27

28

Stipulation & Order    2